# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiffs,

  v.

TYRIKE JOHNSON; BRIANNE SUTTON-JOHNSON; and SMALLS FUNERAL HOME.,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-82

## **O R D E R**

Presently before the Court is the Plaintiff's September 19, 2019 Notice of Voluntary Dismissal. (Docs. 9.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court hereby **DISMISSES** this case. The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 23rd day of September, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA